# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00241 |
| Donald Ross Workman Jr. | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 8/6/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Donald Ross Workman Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) -- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) -- Civil Disorder,
18 U.S.C. § 1752(a)(1) -- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) -- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) -- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Grounds or Buildings

Date: 08/06/2024

2024.08.06 15:30:07 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/8/2024, and the person was arrested on *(date)* 8/19/2024
at *(city and state)* Hereford, TX.

Date: 8/19/2024

*Arresting officer's signature*

Special Agent Joshua Motto
*Printed name and title*