# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.                       : | Case No. 24-cr-398 (DLF) |
| : | |
| DONALD ROSS WORKMAN, JR., : | |
| : | |
| and                      : | |
| : | |
| JOHN WALTER CLARKE IV,   : | |
| : | |
| Defendant.               : | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Nathaniel K. Whitesel is entering his appearance in this matter on behalf of the United States and substituting for Assistant United States Attorney Carolina Nevin, who is no longer assigned to this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759